

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

October 29, 2025

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

  Re: DSV Air & Sea Inc. v. MSC Mediterranean Shipping Company S.A.
     Southern District of New York Case No. 1:25-cv-05047-JPC

Dear Judge Cronan,

  The undersigned counsel represents Plaintiff, DSV Air & Sea Inc. (hereinafter "Plaintiff" and/or "DSV"), in the above-referenced case. Pursuant to Your Honor's Individual Practices ¶ 3(B) and this Court's Order [ECF 14], DSV respectfully requests a ninety (90) day stay of the case pending a decision by the United States Court of Appeals for the Second Circuit involving substantially similar issues that have a bearing on the issues in this case. *HDI Global Insurance Co. v. Kuehne + Nagel Inc.,* Case No. 25-531 (2d Cir. 2025). The foregoing request is respectfully submitted with the consent of counsel for Defendant, MSC Mediterranean Shipping Company S.A. (hereinafter "Defendant" and/or "MSC"). The Parties will respectfully submit a status report and/or proposed Revised Case Management Plan and Scheduling Order prior to the close of the requested ninety (90) day stay on or before January 27, 2026.

  As this Court is aware, the underlying transactions and occurrences involve alleged damages to a shipment of goods during international ocean transit from Norfolk, Virgina to Jebel Ali, United Arab Emirates during April 2024. Plaintiff alleges that Defendant failed to maintain the requested temperature setting and as a result the cargo was allegedly damaged. In turn, MSC advances defenses under the sea waybills and pursuant to U.S. Carriage of Goods by Sea Act ("COGSA") 46 U.S.C. § 30701, et seq. under § 1304(5) of COGSA. Pursuant thereto, MSC advances that its liability is limited to $500 per package and that the number of pallets constitutes the applicable COGSA package rather than the number of cartons. This is the central issue for this case.

  The Parties are aware of a case pending before the United States Court of Appeals for the Second Circuit involving this exact issue as to whether the number of pallets or cartons constitutes the COGSA package. *HDI Global Insurance Co. v. Kuehne + Nagel Inc.,* Case No. 25-531 (2d Cir. 2025). There, the parties have submitted their appellate briefs and have requested oral argument. However, oral argument has not yet been granted and/or scheduled. Accordingly, the Parties in the instant action continue to diligently monitor the docket in the aforementioned case. The Parties anticipate that a decision by the United States Court of Appeals for the Second Circuit

The Honorable John P. Cronan
United States District Judge
October 29, 2025
Page 2

will resolve the central issue in the instant action, and allow for the Parties to reach an amicable resolution of the instant matter.

Accordingly, the Parties respectfully request a ninety (90) day stay of the instant action up to and including January 30, 2026, pending a decision by the United States Court of Appeals for the Second Circuit.

Thank you for your consideration in this matter.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:   All Counsel of Record (via *ECF*)

The parties' request for a stay through January 30, 2026, is granted. *See Kappel v. Comfort*, 914 F. Supp. 1056 (S.D.N.Y. 1996). The parties shall jointly file a letter as to the status of the Second Circuit appeal and the continued propriety of a stay by January 30, 2026. The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.
Date: October 30, 2025
New York, New York

JOHN P. CRONAN
United States District Judge