UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

DSV AIR & SEA INC.,

                     Plaintiff,

   - against –                            Case No. 1:25-cv-05047-JPC

MSC MEDITERRANEAN SHIPPING      **Sixty Day Order of Dismissal**
COMPANY S.A., et al.

                    Defendant.

-----------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter, including all claims and cross-claims, be and hereby is discontinued with prejudice and without costs to any parties, provided that any party may, upon good cause shown within 60 days reopen the action if settlement is not consummated.

Dated: New York, New York
       April 21, 2026

                              Respectfully Submitted,

                              **SPECTOR RUBIN, PA**

        By:     */s/ Andrew Spector*
                Andrew R. Spector, Esq. (AS-3887)
                3250 Mary Street, Suite 405
                Miami, Florida 33133
                11 Broadway, Suite 615
                New York, NY 10004
                Tel: (305) 537-2000
                Fax: (305) 537-2001
                andrew.spector@spectorrubin.com

                **Attorneys for Plaintiff, DSV Air & Sea Inc.**

                **-and-**

1

**MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP**

By:    */s/ Edward P. Flood*
         Edward P. Flood, Esq.
         437 Madison Avenue
         New York, New York 10023
         eflood@mmwr.com
         Tel: 212-551-7759
         Fax: 212-599-5085

         **Attorneys for Defendant, MSC
         Mediterranean Shipping Company S.A.**

**SO ORDERED:**

JOHN P. CRONAN
United States District Judge

April 23, 2026

The Clerk of Court is respectfully directed to close this case.

2